# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 18, 2021

## NO. 03-21-00214-CV

**Terry Burns, M.D., and Stephen M. Rapkin, Appellants**

**v.**

**The City of San Antonio, Texas, acting by and through the City Public Service Board of San Antonio, Texas, and Ken Paxton, Attorney General of Texas, Appellees**

## APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment signed by the trial court on December 7, 2020. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.